BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) JOSE JESUS MADRIZ AGUILAR, and) DONALD EUGENE REEVES, ) ) Defendants. ) _____) | D.C. NO. 3:11-cr-0028 CMK  APPLICATION AND ORDER FOR UNSEALING COMPLAINT |

On August 19, 2011, the complaint was filed in the above-referenced case.  Since the defendants have now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: August 23, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          By:/s/ Daniel S. McConkie
                                             DANIEL S. McCONKIE
                                             Assistant U.S. Attorney

                                          ORDER

SO ORDERED:

DATED: August 23, 2011

                                          _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE