1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )
12         Plaintiff,             )   D.C. NO. 3:11-cr-0028 CMK
                                  )
13     v.                         )   APPLICATION AND ORDER
                                  )   FOR UNSEALING COMPLAINT
14 JOSE JESUS MADRIZ AGUILAR, and )
   DONALD EUGENE REEVES,          )
15                                )
           Defendants.            )
16 _____)

17

18     On August 19, 2011, the complaint was filed in the above-

19 referenced case.  Since the defendants have now been arrested, it is

20 no longer necessary for the complaint to be sealed.  The government

21 respectfully requests that the complaint be unsealed.

   DATED: August 23, 2011          BENJAMIN B. WAGNER
22                                  United States Attorney

23

24                            By: /s/ Daniel S. McConkie
                                  DANIEL S. McCONKIE
25                                Assistant U.S. Attorney

                                  ORDER
26 SO ORDERED:

27 DATED: August 23, 2011

28
                                  _____
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE